No. 94–5717. HERNANDEZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5725. INGRAM v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 94–5726. BULLER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5727. BARO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5728. DYKES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5729. BERRY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5730. AZUOGU v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5731. VELEZ-MORALES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–5739. CAINE v. MILWAUKEE MACK SALES, INC. C. A. 7th Cir. Certiorari denied.

No. 94–5740. HOUSTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5741. GROSSMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5742. EVANS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5746. ORTIZ-MARQUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5748. PINEDA-MORALES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5749. OKIYAMA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5750. MIMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.